In the Matter of MOLLIE CHAYKIN, Respondent; ISIDORE CHAYKIN, Appellant.— Order of the Domestic Relations Court of the City of New York (Family Court), County of Kings, directing the appellant to pay his wife, the respondent herein, the sum of nine dollars weekly, unanimously affirmed. No opinion. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

In the Matter of the Accounting of HERBERT FLICKINGER et al., as Administrators of the Estate of LOUISA HERLE, Deceased. EMILIE WEINMANN et al., Appellants; LAFAYETTE NATIONAL BANK OF BROOKLYN, Respondent.— Order of the Surrogate's Court of Kings County confirming the sale of. various parcels of decedent's real property, affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ., concur.

In the Matter of the Accounting of MARY F. BRADY, as Administratrix with the Will Annexed of the Estate of DANIEL W. TIERNEY, Deceased. In the Matter of the Petition of DEFERRED PAYMENT PLAN, INC., to compel MARY F. BRADY, as the Administratrix C. T. A. of the Estate of DANIEL W. TIERNEY, Deceased, to Account. DEFERRED PAYMENT PLAN, INC., Appellant; MARY F. BRADY, as Administratrix with the Will Annexed of the Estate of DANIEL W. TIERNEY, Deceased, et al., Respondents. (Consolidated Proceedings.) — Decree of the Westchester County Surrogate's Court judicially settling the account of Mary F. Brady, as administratrix *c. t. a.* of the estate of Daniel W. Tierney, deceased, unanimously affirmed, with one bill of costs to respondents. No opinion. Present -- Hagarty, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ. [See *post*, p. 999.]

In the Matter of the Estate of HARRIETTE W. WARD, Deceased. STATE TAX COMMISSION, Appellant; RODNEY C. WARD, as Executor of HARRIETTE W. WARD, Deceased, Respondent.— Order of the Surrogate's Court of Suffolk County, sustaining the appeal of the respondent and amending the *pro forma* taxing order herein, unanimously affirmed, with costs. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ.

GEORGE A. KAY, as Executor of ANNIE KAY, Deceased, Respondent, v. QUEENS ICE CREAM COMPANY, INC., Appellant.— Action to recover damages for the death of plaintiff's testatrix as the result of being struck by defendant's auto truck. Judgment in favor of plaintiff, entered on the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ.

TARRYTOWN NATIONAL BANK AND TRUST COMPANY, Appellant, v. NEREALTY CO., INC., Respondent.— In an action to recover upon a promissory note, order of the County Court of Westchester County denying motion of plaintiff for summary judgment reversed on the law, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. Although in form the note was made by defendant to a contractor and in turn indorsed and delivered to plaintiff, " Manifestly, the loan in question was made to the defendant for the purpose of liquidating its contract obligations with the Master Construction Company, for the re-roofing of its premises ", as the president of the defendant avers. In paying the proceeds of this note upon the written assurance of defendant that the work had been satisfactorily completed, and authorizing payment, plaintiff had no legal concern with the contract or with the subsequent leaks in the roof. Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ., concur.